

RECEIVED
NOV 23 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK MANISCALCO and WALTER HURYK, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>BROTHER INTERNATIONAL CORPORATION (USA),<br><br>    Defendant. | No. 06-04907-FLW-TJB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING RETURN DATE AND BRIEFING SCHEDULE** |
| JAMES McFADDEN and JOSEPH LOPEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>BROTHER INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-250,<br><br>    Defendants. | No. 07-1905-FLW-TJB<br><br><br><br>Hon. Freda L. Wolfson |

In response to Plaintiffs' request that Defendant Brother International Corporation (USA) ("BIC") stipulate to extending the return date pertaining to BIC's appeal of Magistrate Judge Bongiovanni's orders granting Plaintiffs' motion to compel and denying BIC's motion to reconsider that order, BIC agreed to do so on the condition that the date on which its reply papers must be filed will be extended as well. Plaintiffs have agreed to BIC's proposal.

Accordingly, the parties have stipulated to the following schedule, which the parties respectfully request that the Court adopt as its Order:

| Event | Date |
| --- | --- |
| Plaintiffs' Opposition Papers | December 2, 2009 |
| BIC's Reply Papers | December 14, 2009 |
| Motion Day | December 21, 2010 |

**SO STIPULATED.**

DATED: November 23, 2009          TURP, COATES, ESSL & DRIGGERS, P.C.


                                  by    /s *Leonard J. Coates*
                                        Leonard J. Coates

                                  *Attorneys for Plaintiffs*
                                  *Mark Maniscalco and Walter Huryk,*
                                  *on behalf of themselves and all others*
                                  *similarly situated*

DATED: November 23, 2009      SZAFERMAN, LAKIN, BLUMSTEIN,
                              BLADER & LEHMANN, P.C.


                              by /s *Arnold C. Lakin*
                                     Arnold C. Lakin

                              *Attorneys for Plaintiffs*
                              *James McFadden and Joseph Lopez,*
                              *on behalf of themselves and all others*
                              *similarly situated*


DATED: November 23, 2009      Gibbons, P.C.


                              by    /s *Michael R. McDonald*
                                    Michael R. McDonald

                              *Attorneys for Defendant*
                              *Brother International Corp. (USA)*


**SO ORDERED.**


_November 23_, 2009           _____
                              Hon. Freda L. Wolfson
                              United States District Judge